3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 07 2000

Michael N. Milby
Clerk of Court

BLANCA PERALES, Individually and  \*
As Next Friend of ANNA DELIA       \*
PERALES, a Minor, and ALMA DELIA   \*
PERALES, a Minor, and As           \*
Representative of the Estate of MARCO \*
ANTONIO PERALES, Deceased, and     \*
SARA MARTINEZ PERALES              \*     CIVIL ACTION NO. B-00-131
                                   \*
VS.                                \*
                                   \*
BRIDGESTONE/FIRESTONE, INC.        \*

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COMES NOW BRIDGESTONE/FIRESTONE, INC., Defendant herein, and files this Certificate of Financially Interested Persons and states that, at this time, it is unaware of any persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than the parties to the lawsuit.

Respectfully submitted,

ZUMMO, MITCHELL & PERRY, L.L.P.

By: _Patrick Zummo_
Patrick Zummo
Attorney-in-Charge
State Bar No. 22293450
Three Allen Center
333 Clay, Suite 4100
Houston, Texas 77002
(713) 651-0590
Fax (713) 651-0597

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Federal Admissions No. 10107
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
BRIDGESTONE/FIRESTONE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Certificate of Financially Interested Persons was served upon all counsel of record, to-wit:

    R. Bruce Tharpe
    Law Offices of Bruce Tharpe
    Professional Plaza
    715 East Frontage Road, Suite D
    Alamo, Texas 78516
    Attorneys for Plaintiffs

    Joe Valle
    1120 East 10th Street
    Brownsville, Texas 78520
    Attorneys for Plaintiffs

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 7th day of September, 2000.

_____
Joseph A. (Tony) Rodriguez