4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BLANCA PERALES, Individually and As Next Friend of ANN DELIA PERALES, a Minor, and ALMA DELIA PERALES, a Minor, and As Representative of the Estate of MARCO ANTONIO PERALES, Deceased, and SARA MARTINEZ PERALES | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-131 |
| BRIDGESTONE/FIRESTONE, INC. | § § | |

## LISTING OF FINANCIALLY INTERESTED ENTITES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **BLANCA PERALES, Individually and As Next Friend of ANN DELIA PERALES, a Minor, and ALMA DELIA PERALES, a Minor, and As Representative of the Estate of MARCO ANTONIO PERALES, Deceased, and SARA MARTINEZ PERALES,** hereinafter referred to as the Plaintiffs in the above-styled and numbered cause and files this Listing of Financially Interested Entities, and in support hereof would show this Honorable Court as follows:

1.01    Plaintiff **BLANCA PERALES, Individually** is a resident of Cameron County, Texas.

1.02    Plaintiff **BLANCA PERALES, As Next Friend of ANN DELIA PERALES, a Minor,** is a resident of Cameron County, Texas.

1.03    Plaintiff **BLANCA PERALES, As Next Friend of ALMA DELIA PERALES, a Minor,** is a resident of Cameron County, Texas.

1.04    Plaintiff **BLANCA PERALES, As Representative of the Estate of MARCO ANTONIO PERALES, Deceased** is a resident of Cameron County, Texas.

1.05    Plaintiff **SARA MARTINEZ PERALES** is a resident of Cameron County, Texas.

1.06    Defendant **BRIDGESTONE/FIRESTONE, INC.** is an entity doing business in the State of Texas that has been served with process of this complaint and entered its appearance herein.

Respectfully submitted,

*/s/ R. Bruce Tharpe*
R. Bruce Tharpe
Federal Bar ID No. 13098
Texas State Bar ID No. 19823800
LAW OFFICES OF R. BRUCE THARPE
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516
(956) 782-9946
(956) 782-9945 -- Fax
**PLAINTIFF'S COUNSEL**

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing Listing of Financially Interested Entities has been served upon all counsel and parties of record by depositing same in the U.S. mail, postage prepaid, on this 25th day of September, 2000 addressed as follows:

Mr. Patrick Zummo
ZUMMO, MITCHELL & PERRY, L.L.P.
Three Allen Center
333 Clay, Suite 4100
Houston, Texas 77002

Mr. Joseph A. (Tony) Rodriguez
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522

Mr. Joe Valle
ATTORNEY AT LAW
1120 East 10th Street
Brownsville, Texas 78520

              _____
              R. Bruce Tharpe

ClibPDF - www.fastio.com