7

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

JAN 16 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Koerner  ■ Fajardo |
| DATE | 01 — 16 — 01 |
| TIME | ☐ a.m. / 2:40 p.m. — ☐ a.m. / 2:50 p.m. |
| CIVIL ACTION | B — 00 — 131 |
| STYLE | Blanca Perales *versus* Bridgestone/Firestone, Inc. |

DOCKET ENTRY

(HGT) ☒ Hearing; *IPTC* _____ day ☐ Bench or ☐ Jury Trial   (Rptr.  Breck Record  )

Joe Valle (lead counsel) _____ for  ■ Ptf. # _____  ☐ Deft. # _____

Tony Rodriguez _____ for  ☐ Ptf. # _____  ■ Deft. # _____

_____ for  ☐ Ptf. # _____  ☐ Deft. # _____

_____ for  ☐ Ptf. # _____  ☐ Deft. # _____

☐  All motions not expressly decided are denied without prejudice.

☐  Evidence taken [exhibits or testimony].

☐  Argument heard on:  ☐ all pending motions;  ☐ these topics:

■  Comments:

The parties were warned that they must figure out who the proper defendants should be. Although many individual actions are going forward that relate to the same claims, they have not been consolidated. (Judge Hester has ordered discovery consolidated in numerous state court actions).

A scheduling order to be entered.