9

United States District Court
Southern District of Texas
ENTERED

JAN 22 2001

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS, Clerk of Court
By Deputy Clerk

BIANCA PERALES
versus
BRIDGESTONE, INC.

§ § § § § §

CIVIL ACTION B- 00-131

## Scheduling Order

1. Trial: Estimated time to try: __7__ days.     ☐ Bench    ☑ Jury

2. New parties must be joined by:     May 15, 2001

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     April 15, 2001

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.     June 15, 2001

5. Discovery must be completed by:     July 31, 2001

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.

************************* The court will provide these dates. *************************

6. Dispositive Motions will be filed by:     Aug. 24, 2001

7. Joint pretrial order is due:     Nov. 16, 2001

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     Dec. 6, 2001

9. Jury Selection is set for 9:00 a.m. on:     Dec. 10, 2001

The case will remain on standby until tried.

Signed __January 18__, 2000, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

*Joe Valle*
Counsel for *Plaintiffs*

*Joseph A. Ro[...]*
Counsel for Firestone

Counsel for _____

Counsel for _____

Counsel for _____

Counsel for _____