*10*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BLANCA PERALES, Individually and | § | |
| As Next Friend of ANN DELIA PERALES, | § | |
| A Minor, and ALMA DELIA PERALES, | § | |
| A Minor, and As Representative of the | § | |
| Estate of MARCO ANTONIO PERALES, | § | |
| Deceased, and SARA MARTINEZ PERALES | § | CIVIL ACTION NO. B-00-131 |
| | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| BRIDGESTONE/FIRESTONE, INC. | § | |

## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

BRIDGESTONE/FIRESTONE, INC., Defendant in the above-styled and numbered cause

of action, respectfully requests permission from the Court to allow the withdrawal of Patrick Zummo

of Zummo, Mitchell & Perry, L.L.P., Bridgestone/Firestone, Inc.'s counsel of record, and moves to

substitute the following attorneys as counsel of record for Bridgestone/Firestone, Inc.:

> Knox Nunnally
> State Bar No. 15141000
> Federal Bar No. 1282
> Don C. Griffin
> State Bar No. 08456975
> VINSON ELKINS L.L.P.
> 2300 First City Tower
> 1001 Fannin Street
> Houston, Texas 77002-6760
> (713) 758-2416
> (713) 615-0220 (facsimile)

Houston:450336 1

This Unopposed Motion to Substitute Counsel is being filed at Defendant's request. The withdrawal and substitution is not being made of purposes of delay. <u>Plaintiff's counsel does not oppose this Motion.</u>

Respectfully submitted,

ZUMMO, MITCHELL & PERRY, L.L.P.

By: _Paul Zummo_ *

PATRICK ZUMMO
State Bar No. 22293450
Three Allen Center
333 clay, Suite 4100
Houston, Texas 77002
(713) 651-0590
Telecopy: (713) 651-0597

* Signed by permission

**ATTORNEYS FOR DEFENDANT
BRIDGESTONE/FIRESTONE, INC.**

**APPROVED:**

VINSON & ELKINS L.L.P.

By: _Knox Nunnally_

KNOX NUNNALLY
State Bar No. 15141000
Federal Bar No. 1282
Don C. Griffin
State Bar No. 08456975
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Telephone:    (713) 758-2416
Facsimile:    (713) 615-0220

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Unopposed Motion to Substitute Counsel has been forwarded to all counsel of record by hand-delivery and/or certified mail, return receipt requested this __5__ day of February, 2001.

R. Bruce Tharpe
LAW OFFICES OF R. BRUCE THARPE
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516

*Knox Nunnally sk*
KNOX NUNNALLY