IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BLANCA PERALES, Individually and As Next Friend of ANN DELIA PERALES, A Minor, and ALMA DELIA PERALES, A Minor, and As Representative of the Estate of MARCO ANTONIO PERALES, Deceased, and SARA MARTINEZ PERALES | § § § § § § § § § § § § | CIVIL ACTION NO. B-00-131 |
| VS. | | |
| BRIDGESTONE/FIRESTONE, INC. | | |

## CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **BRIDGESTONE/FIRESTONE, INC.**, Defendant in the above-entitled and numbered cause, and files this its certificate of written discovery and hereby certifies that the following documents were mailed to all counsel of record via certified mail, return receipt requested, on the 8th day of February, 2001:

**Defendant Bridgestone/Firestone, Inc.'s Rule 26(a) Initial Disclosures**

**Defendant Bridgestone/Firestone, Inc.'s First Set of Interrogatories to Plaintiffs, Blanca Perales, Individually and as Next Friend of Ann Delia Perales, a Minor, and Alma Delia Perales, a Minor**

**Defendant Bridgestone/Firestone, Inc.'s First Request for Production to Plaintiffs, Blanca Perales, Individually and as Next Friend of Ann Delia Perales, a Minor, and Alma Delia Perales, a Minor**

**Defendant Bridgestone/Firestone, Inc.'s First Request for Admissions to Plaintiffs, Blanca Perales, Individually and as Next Friend of Ann Delia Perales, a Minor, and Alma Delia Perales, a Minor**

Houston 460667.1

**Defendant Bridgestone/Firestone, Inc.'s First Set of Interrogatories to Plaintiff, Blanca Perales, as Representative of the Estate of Marco Antonio Perales, Deceased**

**Defendant Bridgestone/Firestone, Inc.'s First Request for Production to Plaintiff, Blanca Perales, as Representative of the Estate of Marco Antonio Perales, Deceased**

**Defendant Bridgestone/Firestone, Inc.'s First Request for Admissions to Plaintiff, Blanca Perales, as Representative of the Estate of Marco Antonio Perales, Deceased**

**Defendant Bridgestone/Firestone, Inc.'s First Set of Interrogatories to Plaintiff, Sara Martinez Perales**

**Defendant Bridgestone/Firestone, Inc.'s First Request for Production to Plaintiff, Sara Martinez Perales**

**Defendant Bridgestone/Firestone, Inc.'s First Request for Admissions to Plaintiff, Sara Martinez Perales**

Respectfully submitted,

VINSON & ELKINS L.L.P.

By: _____
KNOX NUNNALLY
State Bar No. 15141000
DON C. GRIFFIN
State Bar No. 08456975
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Telephone: (713) 758-2416
Facsimile: (713) 615-0220
**ATTORNEYS FOR DEFENDANT BRIDGESTONE/FIRESTONE, INC.**

Houston 460667 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing documents was forwarded to all of record by fax, messenger, certified mail, return receipt requested, and/or regular mail, on this the _8th_ day of February, 2001.

_____
Don C. Griffin

Houston 460667 1