12

United States District Court
Southern District of Texas
ENTERED

FEB 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Blanca Perales, et. al., | § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-131 |
| Bridgestone/Firestone, Inc. | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on February 20, 2001, the Court considered the Parties' Joint Discovery/Case Management Plan, advising the Court that the Parties do not object to this case being assigned to a magistrate judge (¶ 17). The Parties are hereby notified that they may proceed before a magistrate judge if the Parties submit written consent no later than 4:00 p.m. on Wednesday, February 28, 2001.

DONE at Brownsville, Texas, this 20th day of February, 2001.

Hilda G. Tagle
United States District Judge