IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 28 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BLANCA PERALES, Individually and § <br> As Next Friend of ANNA DELIA § <br> PERALES, a Minor, and ALMA DELIA § <br> PERALES, a Minor, and As § <br> Representative of the Estate of MARCO § <br> ANTONIO PERALES, Deceased, and § <br> SARA MARTINEZ PERALES § <br> § <br> VS. § <br> § <br> BRIDGESTONE/FIRESTONE, INC. § | CIVIL ACTION NO. B-00-131 |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

*Trial*

All parties to this civil matter waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. §636(c).

_____  _____
R. Bruce Tharpe                Joseph A. (Tony) Rodriguez
Counsel for Plaintiffs         Counsel for Bridgestone/Firestone, Inc.

*Appeal*

Appeal will be to the United States Court of Appeals unless all the parties consent to appeal to a district judge by signing below. 28 U.S.C. §636(c)(4)

_____  _____

## ORDER

It is ordered that this matter is assigned to United States Magistrate Judge _____ to conduct all further proceedings, including final judgment.

_February 28, 2001_          _____
Date                         United States District Judge