*14*

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

BLANCA PERALES, ET AL                    §

        VS                               §        CIVIL ACTION NO. **B-00-131**

BRIDGESTONE/FIRESTONE, INC.              §

                                         (636(c))

United States District Court
Southern District of Texas
ENTERED

**APR 0 3 2001**

Michael N. Milby, Clerk of Court

By Deputy Clerk _____

## AMENDED SCHEDULING ORDER

1.    Trial: Estimated time to try:  __7__  days.    ☐ Bench   ☑Jury

2.    New parties must be joined by:                    **May 15, 2001**
        *Furnish a copy of this scheduling order to new parties.*

3.    The plaintiff(s)' experts will be named with a report furnished by: **April 15, 2001**

4.    The defendant(s)' experts must be named with a report furnished
    within 30 days of the deposition of the plaintiff(s)' expert.   **June 15, 2001**

5.    Discovery must be completed by:               **July 31, 2001**
        *Counsel may agree to continue discovery beyond the deadline, but there will be*
        *no intervention by the Court. No continuances will be granted because of*
        *information acquired in post-deadline discovery.*

6.    All motions shall be filed by:               **August 24, 2001**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

7.    Joint pretrial order is due:              **November 16, 2001**
        *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.    Docket Call and final pretrial conference before Judge Recio
    is set for 2:00 p.m. on:                **January 03, 2002**
        *The case will remain on standby until tried.*

9.    Jury selection before Judge Recio is set for 9:00 a.m. on:   **January 04, 2002**

10.   Jury trial date will be set at the jury selection.

    Signed    _____**April 2, 2001**_____, at Brownsville, Texas.

                               _____
                                 Felix Recio
                  United States Magistrate Judge