15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 23 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BLANCA PERALES, Individually and § <br> As Next Friend of ANN DELIA § <br> PERALES, a Minor, and ALMA DELIA § <br> PERALES, a Minor, and As § <br> Representative of the Estate of MARCO § <br> ANTONIO PERALES, Deceased, and § <br> SARA MARTINEZ PERALES § <br> § <br> VS. § <br> § <br> BRIDGESTONE/FIRESTONE, INC. § | CIVIL ACTION NO. B-00-131 |

## PLAINTIFFS' MOTION FOR CONTINUANCE OF DEADLINE TO FILE EXPERTS' REPORTS – FAMILY EMERGENCY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **BLANCA PERALES, Individually and As Next Friend of ANN DELIA PERALES, a Minor, and ALMA DELIA PERALES, a Minor, and As Representative of the Estate of MARCO ANTONIO PERALES, Deceased, and SARA MARTINEZ PERALES, hereinafter referred to as the Plaintiffs,** and files this Plaintiffs' Motion for Continuance of Deadline to File Experts' Reports – Family Emergency and in support hereof, would present unto this Honorable Court the following:

I.

The Court scheduled the deadline for Plaintiffs to file experts' reports for April 15, 2001. On Monday April 2, 2001, the mother of Plaintiff's counsel suffered a fall and broke her hip requiring emergency surgery. Subsequently, she suffered a severe

and debilitating stroke. As a result, Plaintiff's counsel had to travel to Florida to be with his mother. In support of this motion, Plaintiffs counsel has attached his affidavit, identified as Exhibit "A" and incorporated by reference as if fully set forth at length herein.

II.

Plaintiff's counsel request an extension of 90 days of the deadline to file experts' reports.

III.

This Motion for Continuance is not sought for delay, only, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request a ninety (90) day extension of said deadline, and for such other and further relief to which said Plaintiffs may be justly entitled, at law or in equity.

Respectfully submitted,

LAW OFFICES OF R. BRUCE THARPE
Professional Plaza
715 E. Frontage Road, Suite D.
Alamo, TX 78516
(956) 782-9946
(956) 782-9945

BY: _____
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Federal Bar ID No. 13098
Attorney for Plaintiff

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned Plaintiff's counsel has attempted to confer with Defendant's counsel regarding this motion without success, therefore it is presented as opposed.

_____
R. Bruce Tharpe

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Motion for Continuance of Deadline to File Experts' Reports – Family Emergency has been served on all parties and attorneys of record by depositing same in the U.S. mail, postage prepaid, on this 17th day of April, 2001 at the following addresses:

Mr. Don C. Griffin
VINSON & ELKINS, L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760

Mr. Joseph A. Rodriguez
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522

Mr. Joe Valle
ATTORNEY AT LAW
1120 East 10th Street
Brownsville, Texas 78520

_____
R. Bruce Tharpe

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BLANCA PERALES, Individually and As Next Friend of ANN DELIA PERALES, a Minor, and ALMA DELIA PERALES, a Minor, and As Representative of the Estate of MARCO ANTONIO PERALES, Deceased, and SARA MARTINEZ PERALES | § § § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-00-131 |
| BRIDGESTONE/FIRESTONE, INC. | § | |

## ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE

BE IT REMEMBERED that on this day came on to be heard the Plaintiff's Motion For Continuance of Deadline to File Experts' Reports – Family Emergency, and the Court, after considering the Motion and argument of counsel, is of the opinion that said motion should be, in all things:

GRANTED / DENIED

SIGNED this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BLANCA PERALES, Individually and § <br> As Next Friend of ANN DELIA § <br> PERALES, a Minor, and ALMA DELIA § <br> PERALES, a Minor, and As § <br> Representative of the Estate of MARCO § <br> ANTONIO PERALES, Deceased, and § <br> SARA MARTINEZ PERALES § <br> § <br> VS. § <br> § <br> BRIDGESTONE/FIRESTONE, INC. § | CIVIL ACTION NO. B-00-131 |

## FIAT ON PLAINTIFF'S MOTION FOR CONTINUANCE

BE IT REMEMBERED that on this day came on to be heard the Plaintiff's Motion For Continuance of Deadline to File Experts' Reports – Family Emergency, and the Court hereby schedules this matter for an oral hearing at ___:_____ o'clock __.m. on the ___ day of _____.

SIGNED this ____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE