16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BLANCA PERALES, Individually and | § | |
| As Next Friend of ANN DELIA | § | |
| PERALES, a Minor, and ALMA DELIA | § | |
| PERALES, a Minor, and As | § | |
| Representative of the Estate of MARCO | § | |
| ANTONIO PERALES, Deceased, and | § | CIVIL ACTION NO. B-00-131 |
| SARA MARTINEZ PERALES | § | |
| | § | |
| VS. | § | |
| | § | |
| BRIDGESTONE/FIRESTONE, INC. | § | |

## PLAINTIFF'S NOTICE OF FILING EXHIBITS TO MOTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **BLANCA PERALES**, Individually and As Next Friend of **ANN DELIA PERALES**, a Minor, and **ALMA DELIA PERALES**, a Minor, and As Representative of the Estate of **MARCO ANTONIO PERALES**, Deceased, and **SARA MARTINEZ PERALES**, hereinafter referred to as the Plaintiffs, and respectfully file this Notice of Filing Exhibits to Motion, and in support hereof would respectfully present unto the Court as follows:

I.

On April 17, 2001 Plaintiffs filed a Motion for Continuance of Deadline to File Experts' Reports – Family Emergency and hereby identifies the following exhibit to said Motion:

Exhibit A:     Sworn Affidavit of Attorney R. Bruce Tharpe.

Respectfully submitted,

LAW OFFICES OF R. BRUCE THARPE
Professional Plaza
715 E. Frontage Road, Suite D.
Alamo, TX 78516
(956) 782-9946
(956) 782-9945

BY: _____R. Bruce Tharpe_____
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Federal Bar ID No. 13098

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all parties and attorneys of record by depositing same in the U.S. mail, postage prepaid, on this 17th day of April, 2001 at the following addresses:

Mr. Don C. Griffin
VINSON & ELKINS, L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760

Mr. Joseph A. Rodriguez
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522

Mr. Joe Valle
ATTORNEY AT LAW
1120 East 10th Street
Brownsville, Texas 78520

_____R. Bruce Tharpe_____
R. Bruce Tharpe

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BLANCA PERALES, Individually and § <br> As Next Friend of ANN DELIA § <br> PERALES, a Minor, and ALMA DELIA § <br> PERALES, a Minor, and As § <br> Representative of the Estate of MARCO § <br> ANTONIO PERALES, Deceased, and § <br> SARA MARTINEZ PERALES § <br> § <br> VS. § <br> § <br> BRIDGESTONE/FIRESTONE, INC. § | CIVIL ACTION NO. B-00-131 |

## SWORN AFFIDAVIT

THE STATE OF TEXAS )

COUNTY OF HIDALGO )

BEFORE ME, the undersigned authority, personally appeared R. Bruce Tharpe, known by me to be the person whose name is subscribed to below, who being duly sworn upon his oath, deposed and stated as follows:

"My name is R. Bruce Tharpe and I am the Plaintiff's counsel in the above-styled and numbered cause. I am above the age of twenty-one (21) years of age, am of sound mind, have never before been arrested in the State of Texas or any other state, and am competent in all respects to execute this Sworn Affidavit, which is executed freely, voluntarily and without threat, promise or coercion.

"On Monday, April 2, 2001 my mother suffered a fall and fractured her right hip necessitating emergency surgery. Surgery was performed on April 4, 2001. Subsequent to the surgery, my mother suffered a stroke that resulted in substantial paralysis to her right side and has affected her ability to speak, breathe and swallow. Plaintiff's counsel requests a continuance of the discovery deadline on the basis of this family emergency, and not for the purpose of delay. Defense counsel has no objection.

"Further Affiant sayeth not."

_R. Bruce Tharpe_ (signature)
R. Bruce Tharpe

SWORN AND SUBSCRIBED to before me, the undersigned Notary Public on this 11th day of April, 2001 to certify which witness my hand and official seal.

_____
Notary Public in and for the
State of Texas

AIDA GOSALVEZ
Notary Public
State of Texas
My Comm. Exp. 03/22/2005