17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BLANCA PERALES, Individually and As Next Friend of ANN DELIA PERALES, a Minor, and ALMA DELIA PERALES, a Minor, and As Representative of the Estate of MARCO ANTONIO PERALES, Deceased, and SARA MARTINEZ PERALES | § § § § § § § § § § § | CIVIL ACTION NO. B-00-131 (636(c)) |
| VS. | | |
| BRIDGESTONE/FIRESTONE, INC. | | |

## ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE

BE IT REMEMBERED that on this day came on to be heard the Plaintiff's Motion For Continuance of Deadline to File Experts' Reports – Family Emergency, and the Court, after considering the Motion and argument of counsel, is of the opinion that said motion should be, in all things: GRANTED. The parties shall submit an agreed amended scheduling order.

SIGNED this 25th day of April_____, 2001.

_____
UNITED STATES MAGISTRATE JUDGE