*18*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BLANCA PERALES, ET AL | * | |
| | * | |
| VS | * | C.A. NO. B00-131 |
| | * | (636(c)) |
| BRIDGESTONE/FIRESTONE, INC. | * | |

# ORDER GRANTING MOTION
# FOR SUBSTITUTION OF COUNSEL

On this day came on to be considered Defendant's Unopposed Motion for Substitution of Counsel in the above-styled and numbered cause of action. The Court is of the opinion that the motion should be granted.

It is therefore ADJUDGED, ORDERED and AGREED that from this date forward Knox Nunnally and Don C. Griffin be substituted for Patrick Zummo as counsel of record for the Defendant.

Done at Brownsville, Texas, on this 27th day of April 2001.

_____
Felix Recio
United States Magistrate Judge