*19*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 06 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BLANCA PERALES, ET AL | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-00-131 |
| | * | (28 USC 636(c)) |
| BRIDGESTONE/FIRESTONE, INC. | * | |

## O R D E R

The parties are hereby **ORDERED** to submit an agreed scheduling order on or before July 30, 2001.

DONE at Brownsville, Texas, on 6th day of June 2001.

Felix Recio
United States Magistrate Judge