20

United States District Court
Southern District of Texas
ENTERED

**JUL 3 1 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BLANCA PERALES, Individually and As Next Friend of ANN DELIA PERALES, a Minor, and ALMA DELIA PERALES, a Minor, and As Representative of the Estate of MARCO ANTONIO PERALES, Deceased, and SARA MARTINEZ PERALES § § § § § § § § VS. § § BRIDGESTONE/FIRESTONE, INC. § | CIVIL ACTION NO. B-00-131 (636(c)) |

## AMENDED JOINT ▓▓▓▓▓ SCHEDULING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **BLANCA PERALES, Individually and As Next Friend of ANN DELIA PERALES, a Minor, and ALMA DELIA PERALES, a Minor, and As Representative of the Estate of MARCO ANTONIO PERALES, Deceased, and SARA MARTINEZ PERALES**, hereinafter referred to as the Plaintiff in the above-styled and numbered cause, Defendant **BRIDGESTONE/FIRESTONE, INC.** and respectfully files this Joint Proposed Scheduling Order as follows:

1. Trial: Estimated time to try: **10 days**.  Jury Trial Demanded.

2. New Parties must be joined by:  May 15, 2001.

3. The plaintiff(s) experts will be named with a report furnished by:  July 15, 2001.

4. The defendant(s)' experts must be named with a report furnished the deposition of the plaintiff(s)' expert.  September 15, 2001

5. Discovery must be completed by:  December 15, 2001
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

6.     All motions shall be filed by:     January 3, 2002

7.     Joint pretrial order is due:     January 14, 2002
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.     Docket Call and final pretrial conference before Judge Recio is set for 9:00 a.m. on: *The case will remain on standby until tried.* **January 31, 2002**

9.     Jury selection before Judge Recio is set for 9:00 a.m. on:     February 1, 2002

10.     Jury trial date will be set at the jury selection.

Respectfully submitted,

*/s/ R. Bruce Tharpe*

R. Bruce Tharpe
Texas State Bar ID No. 19823800
Federal Bar ID No. 13098
LAW OFFICES OF R. BRUCE THARPE
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516
(956) 782-9946
(956) 782-9945 – Fax

Mr. Joe Valle
ATTORNEY AT LAW
1120 East 10th Street
Brownsville, Texas 78520
**PLAINTIFF'S COUNSEL**

*/s/ Louis E. McCarter*

Mr. Louis E. McCarter
VINSON & ELKINS, L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
**LEAD DEFENSE COUNSEL**

*/s/ Joseph A. Rodriguez by JEM*

Mr. Joseph A. Rodriguez
RODRIGUEZ, COLVIN & CHANEY
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
**DEFENSE (Local) COUNSEL**

**SIGNED July 27, 2001, at Brownsville, Texas.**

*/s/ Recio*

**Felix Recio, U.S. Magistrate Judge**