22

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BLANCA PERALES, ET AL | * | |
| | * | |
| VS | * | C.A. NO. B-00-131 |
| | * | (636(c) |
| BRIDGESTONE/FIRESTONE, INC. | * | |

## ORDER SETTING HEARING

Plaintiffs' Motion to Compel Discovery Responses, in the above-captioned cause of action, is hereby set for a hearing on September 24, 2001, at 2:00 p.m.

DONE at Brownsville, Texas, this 6th day of September 2001.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, Texas 78520
956/548-2701