23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 1 2001

Michael N. Milby
Clerk of Court



| | |
|---|---|
| **BLANCA PERALES, Individually and** § | |
| **As Next Friend of ANNA DELIA** § | |
| **PERALES, a Minor, et al.** § | |
| § | Civil Action No. B-00-131 |
| **VS.** § | |
| § | |
| **BRIDGESTONE/FIRESTONE, INC.** § | |

## PLAINTIFFS' MOTION TO APPOINT GUARDIAN AD LITEM

TO THE HONORABLE COURT:

COMES NOW, **BLANCA PERALES, Individually and As Next Friend of ANNA DELIA PERALES, a Minor, et al.**, hereinafter referred to as the Plaintiffs in the above-styled and numbered cause, and respectfully files this Motion to Appoint Guardian Ad Litem, and in support hereof, would respectfully present unto this Honorable Court as follows:

**I.**

The above-referenced case involves the claim of two (2) minor children. Settlement has been reached in this case. A Guardian Ad Litem is necessary to represent the interests of the minor children in reviewing the terms of the settlement. Accordingly, Plaintiffs respectfully request that a Guardian Ad Litem be appointed by the Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Honorable Court appoint a Guardian Ad Litem to represent the interests of the minor

children in this case, and for such other and further relief to which said Plaintiffs may be justly entitled, at law or in equity.

                                    Respectfully submitted,

BY: *R. Bruce Tharpe* (signature)
R. Bruce Tharpe
Federal Bar ID No. 13098
Texas State Bar ID No. 19823800
LAW OFFICES OF R. BRUCE THARPE
725 E. Esperanza, Suite B
McAllen, Texas 78501
(956) 687-1516
(956) 687-3438 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Appoint Guardian Ad Litem has been served upon all counsel in this case by hand-delivery and/or by facsimile transmission and/or by depositing same in the U.S. mail, postage prepaid, on this 21st day of September, 2001 at the following addresses:

Mr. Louis E. McCarter
VINSON & ELKINS, L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760

Mt. Tom Woodow
Attorney at Law
55 West Monroe, Suite 800
Chicago, Illinois 60603

Mr. Joseph A. Rodriguez
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren, P.O. Box 2155
Brownsville, TX 78520

Mr. Joe Valle
ATTORNEY AT LAW
1120 East 10th Street
Brownsville, TX 78520

*R. Bruce Tharpe* (signature)
R. Bruce Tharpe