24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 21 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BLANCA PERALES, Individually and § | |
| As Next Friend of ANNA DELIA § | |
| PERALES, a Minor, et al. § | |
| § | Civil Action No. B-00-131 |
| VS. § | |
| § | |
| BRIDGESTONE/FIRESTONE, INC. § | |

## MOTION FOR FINAL HEARING TO APPROVE SETTLEMENT

TO THE HONORABLE COURT:

COMES NOW, **BLANCA PERALES, Individually and As Next Friend of ANNA DELIA PERALES, a Minor, et al.**, hereinafter referred to as the Plaintiffs in the above-styled and numbered cause, and respectfully files this Motion For Final Hearing to Approve Settlement, and in support hereof, would respectfully present unto this Honorable Court as follows:

I.

Settlement has been reached in this case, which involves the claim of two (2) minor children. A Final Hearing is necessary to approve the terms of the settlement.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Honorable Court schedule a Final Hearing to approve the settlement, and for such other and further relief to which said Plaintiffs may be justly entitled, at law or in equity.

                                      Respectfully submitted,

BY: _____
R. Bruce Tharpe
Federal Bar ID No. 13098
Texas State Bar ID No. 19823800
LAW OFFICES OF R. BRUCE THARPE
725 E. Esperanza, Suite B
McAllen, Texas 78501
(956) 687-1516
(956) 687-3438 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion For Final Hearing to Approve Settlement has been served upon all counsel in this case by hand-delivery and/or by facsimile transmission and/or by depositing same in the U.S. mail, postage prepaid, on this 21st day of September, 2001 at the following addresses:

Mr. Louis E. McCarter
VINSON & ELKINS, L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760

Mt. Tom Woodow
Attorney at Law
55 West Monroe, Suite 800
Chicago, Illinois 60603

Mr. Joseph A. Rodriguez
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren, P.O. Box 2155
Brownsville, TX 78520

Mr. Joe Valle
ATTORNEY AT LAW
1120 East 10th Street
Brownsville, TX 78520

_____
R. Bruce Tharpe

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BLANCA PERALES, Individually and As Next Friend of ANNA DELIA PERALES, a Minor, et al. § § § § VS. § § BRIDGESTONE/FIRESTONE, INC. § § | Civil Action No. B-00-131 |

## ORDER APPROVING FINAL SETTLEMENT

BE IT REMEMBERED that, on this day came on to be considered the Plaintiffs' Motion For Final Hearing to Approve Settlement and the Court, after considering said motion, the argument of counsel and the Guardian Ad Litem for the minor Plaintiffs hereby rules that said motion, and the terms and conditions of the settlement is hereby:

GRANTED / DENIED

SIGNED this _____ day of _____, 2001.

_____
HON. JUDGE FELIX RECIO
UNITED STATES MAGISTRATE