United States District Court
Southern District of Texas
ENTERED
SEP 2 5 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk O.H. Aldape

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BLANCA PERALES, Individually and As Next Friend of ANNA DELIA PERALES, a Minor, et al. § § § § VS. § § BRIDGESTONE/FIRESTONE, INC. § § | Civil Action No. B-00-131 (636(c)) |

## FIAT

BE IT REMEMBERED that, on this day came on to be considered the Plaintiffs' Motion For Final Hearing to Approve Settlement and the Court hereby schedules said hearing for the 4th day of October, 2001 at 2:00 o'clock p.m.

SIGNED this 24th day of September, 2001.

_____
HON. JUDGE FELIX RECIO
UNITED STATES MAGISTRATE