2b

United States District Court
Southern District of Texas
ENTERED

SEP 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _O. H. Aldape_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

BLANCA PERALES, Individually and §
As Next Friend of ANNA DELIA §
PERALES, a Minor, et al. §
§
VS. § Civil Action No. B-00-131
§ (636(c))
§
BRIDGESTONE/FIRESTONE, INC. §

## ORDER

BE IT REMEMBERED that, on this day came on to be considered the Plaintiffs' Motion to Appoint Guardian Ad Litem and the Court, after considering said motion, orders that said motion is hereby:

GRANTED ~~/~~

IT IS THEFEFORE ORDERED that the Hon. __Patrick Russell__ is hereby appointed as Guardian Ad Litem for the minor Plaintiffs in this case.

SIGNED this __24th__ day of __September__, 2001.

_____
HON. JUDGE FELIX RECIO
UNITED STATES MAGISTRATE