| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED
OCT 02 2001
Michael N. Milby
Clerk of Court

| Division | **Brownsville** | Action Number | **B-00-131** |
|---|---|---|---|

| *Blanca Perales, et al.* |
|---|
| *versus* |
| *Bridgestone/Firestone, Inc.* |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | **Scott Alan Upchurch** |
|---|---|
| Firm | **VINSON & ELKINS L.L.P.** |
| Street | **1001 Fannin, Suite 2300** |
| City & Zip Code | **Houston, Texas 77002** |
| Telephone | **(713) 758-4626** |
| Licensed: State & Number | **Texas Bar No. 24028177** |
| Admitted US District Court for: | **none–pending in the S.D. Tex.** |

United States District Court
Southern District of Texas
FILED
OCT 02 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

Seeks to appear as the attorney for this party:

**Bridgestone/Firestone, Inc. (for minor settlement approval hearing on October 4, 2001 at 2:00 p.m.)**

| Dated: **October 1, 2001** | Signed: _[signature]_ |
|---|---|

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on 10/02/01    _[signature]_
United States Magistrate Judge

SDTX AA-6 (8/98)