```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
Court Reporter     :    B Record
CSO                :    R Harldson                        OCT - 2001
Law Clerk          :    R Byrd
Date               :    October 4, 2001 at 2:00 p.m.
------------------------------------------------------------------
CIVIL CASE NO.  B-00-131 (636(c))

Blanca Perales et al              *        R Bruce Tharpe
                                  *        J Valle
vs                                *
Bridgestone/Firestone             *        S Upchurch

minor children                    *        P Russell
------------------------------------------------------------------
```

## SETTLEMENT HEARING

R Bruce Tharpe and J Valle present for the Plaintiffs;
S Upchurch present for the deft and P Russell present for the minor children;

Witnesses sworn;
Pf's atty calls 1st witness, Blanca Perales;
Witness understands the facts and asks the Court to approve this settlement;
R Bruce Tharpe states to the settlement agreement to the Court;

The Court addresses the witness;

Deft's atty makes an oral motion to seal the record;
The Court will grant the motion;

Pf's atty J Valle calls 2nd witness Sara Martinez Perales;
Witness understands the facts and asks the Court to approve this settlement;

The Court addresses the witness;
Witness passed;

Attorney Ad Litem, P Russell provides a summary to the Court;

Court adjourned.