AO 187 (Rev. 4/82)

# EXHIBIT AND WITNESS LIST

Filed Oct 4  29

| | | Blanca Perales et al | vs. Bridgestone/Firestone | | DISTRICT COURT B-00-131 (636(c)) |
|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY R Brice Tharpe, J Valle | | | DEFENDANT'S ATTORNEY Scott Upchurch  Atty Ad Litem: P Russell | | DOCKET NUMBER  TRIAL DATE(S) settlement hearing |
| PRESIDING JUDGE Magistrate Felix Recio | | | COURT REPORTER Breck Record | | COURTROOM DEPUTY Maria C Garcia |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | 1st witness Blanca Perales |
| ✓ | | | | | 2nd witness Sara Martinez Perales |
| ✓ | | 10/4/01 | ✓ | ✓ | Disbursement for Blanca Perales et al  Sealed Envelope |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages