United States District Court
Southern District of Texas
FILED

JUL 1 2 2007

Michael N. Milby
Clerk of Court

July 12, 2007

United States District Clerk
600 East Harrison
Brownsville, Texas 78520

Re: Cause No. B-00-CV-131

Dear U.S. District Clerk:

    Please be advised that I am now 19 years of age. My date of birth is ▮▮▮▮▮, 1988. Enclosed find a copy of my birth certificate, social security and drivers' license. I would like to withdraw all the money presently available to me including any and all interest accrued. Please mail my check to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

    If you have any questions, please contact to me at ▮▮▮▮▮▮▮ or, my attorney Joe Valle at (956) 546-2829.

Sincerely,

*Alma D. Perales*

Alma Delia Perales

STATE OF TEXAS          §
                        §
COUNTY OF CAMERON       §

    Before me, a notary public, on this day personally appeared Alma Delia Perales, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

    Given under my hand and seal of office this 12th day of July, 2007.

*Cynthia Valadez*
Notary Public in and for
The State of Texas

CYNTHIA VALADEZ
Notary Public, State of Texas
My Commission Expires
March 18, 2010