

TEXAS

DEPARTMENT OF PUBLIC SAFETY
UNDER 21 DRIVER LICENSE

UNDER 21 UNTIL
PERALES,ALMA

CLASS: C          DL:
                  EXPIRES:
REST: A
END:

HT: 5-03
EYES:BRN
SEX:



Texas Department of Health — BUREAU OF VITAL STATISTICS

# STATE OF TEXAS

## CERTIFICATE OF BIRTH

BIRTH NO.

### CHILD

1. NAME (Type or print)
(a) First **ALMA**　(b) Middle **DELIA**　(c) Last **PERALES**

3. SEX **FEMALE**

4a. PLACE OF BIRTH — COUNTY **CAMERON**

4b. CITY OR TOWN (If outside city limits, give precinct no) **BROWNSVILLE**

4c. NAME OF HOSPITAL (If not in hospital, give street address) **BCHC—MATERNITY CENTER**

4d. INSIDE CITY LIMITS? **YES**

5a. THIS BIRTH–SINGLE, TWIN, TRIPLET, ETC. (Specify) **SINGLE**

5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st, 2nd, 3rd (Specify) **N/A**

6. DATE OF BIRTH

### FATHER

6. NAME (a) First **MARCO**　(b) Middle **ANTONIO**　(c) Last **PERALES**

8a. IS FATHER OF SPANISH ORIGIN? **YES**

8b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC **MEXICAN**

7. RACE **WHITE**

9. AGE (At time of this birth) **25**

10. BIRTHPLACE (State or foreign country) **MEXICO**

11a. USUAL OCCUPATION **CARPENTER**

11b. KIND OF BUSINESS OR INDUSTRY **U.S. HOMES CO.**

### MOTHER

12. MAIDEN NAME (a) First **BERTHA**　(b) Middle **DELIA**　(c) Last

14a. IS MOTHER OF SPANISH ORIGIN? **YES**

14b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC **MEXICAN**

13. RACE **WHITE**

15. AGE (At time of this birth) **19**

16. BIRTHPLACE (State or foreign country) **MEXICO**

16a. RESIDENCE — STATE **TEXAS**

16b. COUNTY **CAMERON**

16c. CITY OR TOWN (If outside city limits, show rural) **BROWNSVILLE**

16d. STREET ADDRESS (If rural, give location) **GIFT VILLAGE**

16e. INSIDE CITY LIMITS? **NO**

17a. USUAL OCCUPATION

17b. KIND OF BUSINESS OR INDUSTRY

17c. ZIP CODE **78521**

### 21. I hereby certify that this child was born alive on the date stated above

19. Children previously born to this mother (Do NOT include this birth)

a. Now living **0**

b. Now dead **0**

c. How many children were born dead after 20 weeks pregnancy? **0**

20. INFORMANT **MARCO A. PERALES**

22a. ATTENDANT'S SIGNATURE **SR. PATRICIA A. ELDER**

22b. ATTENDANT AT BIRTH M.D. D.O. C.N.M. MIDWIFE, OTHER (Specify) **CNM**

22c. ATTENDANT'S ADDRESS

22d. DATE SIGNED

23a. REGISTRAR'S FILE NO **88-667**

23b. DATE REC'D BY LOCAL REGISTRAR

23c. SIGNATURE OF LOCAL REGISTRAR **MARGARITA GARCIA**

Time of birth **12:15 A.M.**