Case 1:00-cv-00131   Document 32   Filed in TXSD on 07/16/2007   Page 1 of 1
Case 1:00-cv-00131   Document 31-3   Filed 07/12/2007   Page 1 of 1
FROM :USDC FINANCE     FAX NO. :7132505812     Jul. 13 2007 04:27PM P7

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 16 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BLANCA PERALES, ET AL<br>    Plaintiff(s), | §<br>§<br>§   CIVIL ACTION NO. |
| VS. | §   B-00-131 |
| BRIDGESTONE/FIRESTONE, INC.<br>    Defendant(s). | §   (636(c))<br>§ |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application by Ms. Alma Delia Perales to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Alma Delia Perales was a minor child. The said minor has now provided satisfactory evidence that she has reached the age of majority and is entitled to the funds.

It is, therefore, ORDERED, ADJUDGED AND DECREED that the Clerk disburse and deliver to Alma Delia Perales, social security number ending in 6884, the principal $5,000.00, plus accrued interest, held in the Court's Registry for her account, pursuant to the Final Judgment and any other Court Order entered in this case. The proceeds shall be sent to the address indicated in the motion.

DONE at Brownsville, Texas this the 16th day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE